OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



4/8/2015

02 1R
0002003152    APR 09 2015
$ 00.26⁵
PITNEY BOWES
MAILED FROM ZIP CODE 78701

PERKINS, JEREMIAH MAURICE    Tr. Ct. No. CR-2554-08-H(1)    WR-82,918-01

On this day the Application for writ of habeas corpus has been dismissed without written order; (Ex Parte Ybarra, 149 S.W. 3D 147 (Tex. Crim. App. 2004)); Ex Parte Florence, 319 S.W. 3d 695 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

RTS
Discharged

JEREMIAH MAURICE PERKINS    TO SENDER
DANIEL UNIT - TDC # 1630098    INVALID TDCJ#
938 SOUTH FM 1673    NAME & # DO NOT AGREE
SNYDE████    RELEASED

UNABLE TO LOCATE